UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH T. POGUE,

                    Plaintiffs,

          -against-

SGT. CRUZ; CORRECTIONAL OFFICER
HARRISON; CORRECTIONAL OFFICER
LOUGHRAN; MITCHELL CHESS; S.
CAMPBELL; NURSE JANE DOE #1;
NURSE JANE DOE #2; NURSE JANE DOE
#3; NURSE JANE DOE #4,

                    Defendants.

25-CV-10833 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated at Lakeview Shock Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that corrections staff at Fishkill Correctional Facility used excessive force against him and denied him access to medical care in 2024. For the following reasons, the complaint is dismissed without prejudice.

Plaintiff has previously submitted to this court a virtually identical complaint against the same Defendants alleging that corrections staff at Fishkill Correctional Facility used excessive force against him and denied him access to medical care in 2024. That case is pending before the Honorable Kenneth M. Karas of this court under docket number 25-CV-6349 (KMK). Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-6349 (KMK).

In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this

action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

## CONCLUSION

The Court dismisses Plaintiff's complaint, without prejudice, as duplicative of 25-CV-6349 (KMK).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 6, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2